# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANESBRANDS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACQUES MORET, INC.,<br><br>　　　　　Defendant. | C.A. No. 1:17-595-LPS-CJB |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 10, 2018, a true and correct copy of **Plaintiff's Rule 26(a)(1)(A) Initial Disclosures** were caused to be served by electronic mail on the following counsel of record:

Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
jcastellano@shawkeller.com

OF COUNSEL:

Peter Bucci
NOTARO, MICHALOS & ZACCARIA P.C.
100 Dutch Hill Road, Suite 240
Orangeburg, NY 10962
peter.bucci@notaromichalos.com

Dated: January 10, 2018

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
　　Susan E. Morrison (#4690)
　　222 Delaware Avenue, 17th Floor
　　P. O. Box 1114
　　Wilmington, DE 19899-1114
　　Phone: 302-652-5070 / Fax: 302-652-0607
　　morrison@fr.com

**ATTORNEYS FOR PLAINTIFF
HANESBRAND INC.**