## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANESBRANDS INC., <br><br> Plaintiff, <br><br> v. <br><br> JACQUES MORET, INC., <br><br> Defendant. | C.A. No. 1:17-595-LPS-CJB |

## JOINT STIPULATION REGARDING
## DISMISSAL OF CLAIMS AND COUNTERCLAIMS

Pursuant to the parties' settlement agreement, Plaintiff Hanesbrands Inc. and Defendant Jacques Moret, Inc., by and through their undersigned counsel of record, hereby stipulate and move for an order dismissing the above-captioned case, including all claims and counterclaims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties further stipulate that each party shall be responsible for its own costs and attorneys' fees related to this action.

| FISH & RICHARDSON, P.C. | SHAW KELLER LLP |
|---|---|
| */s/ Susan E. Morrison* <br> Susan E. Morrison (#4690) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE  19801 <br> (302) 652-5070 <br> morrison@fr.com <br><br> *Attorneys for Plaintiff* <br> *Hanesbrands, Inc.* | */s/ Jeffrey T. Castellano* <br> Karen E. Keller (#4489) <br> Jeffrey T. Castellano (#4837) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> jcastellano@shawkeller.com <br><br> *Attorneys for Defendant* <br> *Jacques Moret, Inc.* |

Dated:  June 20, 2018

SO ORDERED this ___ day of _____, 2018.

                                      _____
                                      UNITED STATES DISTRICT JUDGE